MWG:MED
F. #2026R00844

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RYAN FUCCI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

26-MJ-203

COMPLAINT

(18 U.S.C. § 1201(a)(1))

EASTERN DISTRICT OF NEW YORK, SS:

Kerry Conroy, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about November 5, 2026, within the Eastern District of New York and elsewhere, the defendant RYAN FUCCI, together with others, did knowingly and intentionally seize, confine, inveigle, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, a person, to wit: John Doe, an individual whose identity is known to the affiant, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones, in committing and in furtherance of the commission of the offense.

(Title 18, United States Code, Section 1201(a)(1))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for over seven years and have been involved with the Joint Violent Crime Task Force in New York City, where I have investigated numerous cases involving violent crime and kidnapping. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant RYAN FUCCI's criminal history record; and from reports of other law enforcement officers involved in the investigation.

I. <u>The Ransom Calls to John Doe's Family</u>

2. According to a family member of John Doe whose identity is known to me ("FM-1"), FM-1 and other members of John Doe's family received phone calls beginning on or about November 4, 2026, from John Doe on John Doe's cellular telephone saying he was kidnapped and that the kidnappers were demanding money from John Doe's family.[2]

3. FM-1 later contacted local law enforcement near his residence in New Jersey, and local law enforcement in turn contacted the FBI, which sent hostage negotiators to FM-1's location. As indicated below, the FBI observed some of the communications between John Doe's family and the kidnappers.

4. According to FM-1, on or about November 4 and 5, FM-1 and other family members received several video calls from John Doe's cellular telephone.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] Unless otherwise indicated, all statements described herein are related in sum and substance and in part.

5. When FM-1 answered the calls, he could see that John Doe was bound. According to FM-1, several male individuals on the call made aggressive demands for money in exchange for John Doe's release.

6. On a separate call observed by the FBI, one or more of the kidnappers said they would release John Doe, but then changed their minds and demanded more money.

7. As observed by the FBI, at approximately 4:00 p.m. on November 5, another family member received a text message from John Doe's phone asking that family members bring money to a restaurant in Long Island City in exchange for John Doe's release.

II. John Doe's Rescue

8. The FBI traced John Doe's cell phone to an art studio in Long Island City, New York, within the Eastern District of New York.

9. Based on the exigency of the circumstances, the FBI made forced entry into the studio. After making entry, the FBI found only the defendant RYAN FUCCI and John Doe inside the studio. At the time the FBI made entry, John Doe's hands were no longer secured by tape.

10. The defendant RYAN FUCCI was taken into FBI custody at this time.

III. Statements of the Defendant RYAN FUCCI and John Doe

11. After being advised of his Miranda rights, the defendant RYAN FUCCI waived his rights and made the following statements, in sum and substance and in part:

a. John Doe owed a male individual whose identity is known to me ("CC-1") several thousand dollars after taking the money from CC-1 to use to gamble.

b. On or about November 4, 2026, the defendant RYAN FUCCI, CC-1, and another male individual whose identity is known to me ("CC-2") went to the studio in Long Island City,[3] where they bound John Doe's hands with tape and held him there.

c. The kidnappers used a cellular telephone to call John Doe's family members and demand from them the money that CC-1 believed he was owed by John Doe.

d. All three kidnappers stayed with John Doe until approximately 9:00 p.m. on November 4, at which time CC-1 left the studio. CC-2 and the defendant RYAN FUCCI then stayed with John Doe overnight until CC-1 returned at approximately 4:30 a.m. on November 5. CC-2 left the studio shortly afterwards. CC-1 and FUCCI then stayed in the studio until approximately 4:00 p.m., at which point CC-1 left the studio.

e. One or more times while John Doe was held in the studio, the defendant RYAN FUCCI threw urine on John Doe, and CC-1 slapped John Doe.

12. John Doe made a statement to FBI agents immediately after his rescue on the evening of November 5, 2026. Among other things, John Doe stated that the kidnappers bound his hands and made him call his family members to demand that they pay money to the kidnappers.

13. As part of his statement, John Doe blamed himself for causing the situation due to his debts to CC-1. He further indicated that he thought he was free to leave because his feet were not bound and because he could have escaped through a window,[4] or he could have run out of the door. In my training and experience, it is not uncommon for victims

---

[3] CC-2 and RYAN FUCCI are associates of CC-1. John Doe met CC-1, who leases the studio, through the defendant RYAN FUCCI. CC-1 allows John Doe to stay at the studio.

[4] The studio in which John Doe was detained was on the fifth story.

of kidnapping, especially those who know their kidnappers, to minimize the circumstances of their kidnapping in the immediate aftermath of their rescue, and especially when the reason for the kidnapping is due to debts owed by the victim to one or more kidnappers. As described in this affidavit, however, members of John Doe's family observed that John Doe was tied up during video calls with the kidnappers, and the defendant RYAN FUCCI admitted that John Doe was bound, splashed with urine, slapped, and kept accompanied for at least 24 hours.

WHEREFORE, your deponent respectfully requests that the defendant RYAN FUCCI be dealt with according to law.

Kerry Conroy
Special Agent, Federal Bureau of Investigation

Sworn to before me this
6 day of November, 2026

[redacted]

THE HONORABLE CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK